UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| LAWRENCE JAY WALTERS, PERSONAL REPRESENTATIVE OF THE ESTATE OF LAWRENCE JOSEPH WALTERS, DECEASED,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 2:18-cv-0037<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SETTLEMENT

Comes now the United States of America, by counsel, and advises the Court that the parties have reached a settlement agreement in this cause. The parties are in the process of executing a written settlement agreement and release document.

Respectfully submitted,

THOMAS L. KIRSCH II
UNITED STATES ATTORNEY

By:  */s/ Sharon Jefferson*
Sharon Jefferson
Assistant United States Attorney
United States Attorney's Office
Northern District of Indiana
5400 Federal Plaza, Suite 1500
Hammond, IN 46320
Telephone: (219) 937-5500
Fax: (219) 852-2770
Email: Sharon.jefferson2@usdoj.gov

USDC IN/ND case 2:18-cv-00037-JEM   document 56   filed 12/20/19   page 2 of 2